**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364

Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
John Lavra, SBN 114533
Jeri Pappone, SBN 210104
3620 American River Drive, Suite 230
Sacramento, CA  95864
Telephone: (916) 974-8500
Facsimile:  (916) 974-8510

Attorneys for Defendants,
County of Sacramento, John McGinness,
Stephen LeCouve

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA GANGSTEE and JORDAN CHAMBERS,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>            Defendants.<br>_____/ | NO. 2:10-CV-1004-FCD-JFM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of July 7, 2010, regarding the scheduling of this case:

- That the non-expert discovery cut-off date currently set for January 14, 2011 be moved to April 17, 2011.

STIPULATION AND ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                                                             1

- That the expert witness disclosure cut-off date currently set for February 15, 2011 be moved to May 16, 2011.
- That the supplemental expert witness disclosure cut-off date currently set for March 7, 2011 be moved to June 7, 2011.
- That the expert discovery cut-off date currently set for April 15, 2011 be moved to July 15, 2011.
- That the Dispositive Motion cut-off date currently set for June 24, 2011 be moved to September 26, 2011.
- That the Joint Pretrial Statement currently due August 26, 2011 be moved to November 28, 2011.
- That the Final Pretrial Conference currently set for September 2, 2011 at 2:00pm in Courtroom 2 be moved to December 5, 2011 at 2:00pm in Courtroom 2.
- That the Trial currently set for November 8, 2011 at 9:00am in Courtroom 2 be moved to February 8, 2012 at 9:00am in Courtroom 2.

This calendaring modification is requested because there is a terminal illness being suffered by one of counsel's family members that is affecting his availability and the parties are in the process of attempting to settle this matter.

Dated: January 4, 2011                    LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ,
Attorneys for Plaintiffs

Dated: January 4, 2011                    LONGYEAR, O'DEA & LAVRA, LLP

/s/ Jeri Pappone
JERI PAPPONE
Attorneys for Defendants,
County of Sacramento, John McGinness,
Stephen LeCouve

# ORDER

The Court hereby MODIFIES its Pretrial Scheduling Order as follows:

- Discovery cut-off date is extended to April 17, 2011.

- Expert witness disclosure cut-off is extended to May 16, 2011.

- Supplemental expert witness disclosure cut-off is extended to June 7, 2011.

- Expert discovery cut-off is extended to July 15, 2011.

- The Dispositive Motion deadline is moved to **September 30, 2011**.

- The Final Pretrial Conference is reset for **December 2, 2011 at 2:00 p.m.** The parties shall file their Joint Pretrial Statement on or before November 25, 2011.

- The Trial date is reset for **February 7, 2012** at 9:00 a.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: January 5, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE