**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364
Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
John Lavra, SBN 114533
Jeri Pappone, SBN 210104
3620 American River Drive, Suite 230
Sacramento, CA  95864
Telephone: (916) 974-8500
Facsimile:  (916) 974-8510
Attorneys for Defendants,
County of Sacramento, John McGinness,
Stephen LeCouve

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEANNA GANGSTEE and JORDAN CHAMBERS

        Plaintiffs,

vs.

COUNTY OF SACRAMENTO, et al.,

        Defendants.
_____/

NO. 2:10-CV-01004-KJM-GGH

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's July 7, 2010 Status (Pretrial Scheduling) Order (Docket #13), as modified by the Court's January 5, 2011 Order (Docket #15), regarding the scheduling of this case:

1     •   That the non-expert discovery cut-off date currently set for April 17, 2011 be
2         moved to June 17, 2011.
3     •   That the expert witness disclosure cut-off date currently set for May 16, 2011 be
4         moved to July 15, 2011.
5     •   That the supplemental expert witness disclosure cut-off date currently set for
6         June 7, 2011 be moved to August 5, 2011.
7     •   That the expert discovery cut-off date currently set for July 15, 2011 be moved to
8         September 16, 2011.

9       This calendaring modification is requested because the availability of lead counsel
10 for both parties has been affected by the recent death of the mother of counsel for one of
11 the parties and a serious illness suffered by an immediate family member of counsel for the
12 other party.  In addition, Defendants inadvertently provided the wrong documents
13 regarding applicable County policies that are at issue in this case. Defendants are planning
14 on bringing a Motion for Summary Judgment prior to expert disclosure.

16 Dated: April 12, 2011                   LAW OFFICE OF STEWART KATZ

17
                                                        /s/ Stewart Katz
18                                               STEWART KATZ,
                                              Attorneys for Plaintiffs
19

20

21 Dated: April 12, 2011                   LONGYEAR, O'DEA & LAVRA, LLP

22                                              /s/ John Lavra
23                                             JOHN LAVRA
                                            Attorneys for Defendants,
24                                             County of Sacramento, John McGinness,
                                            Stephen LeCouve
25

26

27

28

**IT IS SO ORDERED.**

Dated: April 14, 2011.

_____
UNITED STATES DISTRICT JUDGE