**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364

Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
John Lavra, SBN 114533
Jeri Pappone, SBN 210104
3620 American River Drive, Suite 230
Sacramento, CA  95864
Telephone: (916) 974-8500
Facsimile:  (916) 974-8510

Attorneys for Defendants,
County of Sacramento, John McGinness,
Stephen LeCouve

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA GANGSTEE and JORDAN CHAMBERS,<br><br>                    Plaintiffs,<br><br>           vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>                    Defendants.<br>_____/ | NO. 2:10-CV-01004-KJM-GGH<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's July 7, 2010 Status (Pretrial Scheduling) Order (Docket #13), as modified by the Court's January 5, 2011 and April 19, 2011 Orders (Docket #s15 and 19), regarding the scheduling of this case:

1     • That the expert witness disclosure cut-off date currently set for July 15, 2011 be
2        moved to July 29, 2011.
3     • That the supplemental expert witness disclosure cut-off date currently set for
4        August 5, 2011 be moved to August 12, 2011.

This calendaring modification is requested because the experts on both sides are waiting for deposition transcripts before completing their reports and the parties wish to avoid the time and expense of having to submit supplemental expert disclosures.

The above-requested modifications will not affect any other deadlines currently set in this matter including the expert discovery cut-off date which is currently set for September 16, 2011.

Dated: July 7, 2011                             LAW OFFICE OF STEWART KATZ

                                                           /s/ Stewart Katz
                                                           STEWART KATZ,
                                                           Attorneys for Plaintiffs

Dated: July 7, 2011                             LONGYEAR, O'DEA & LAVRA, LLP

                                                           /s/ John Lavra
                                                           JOHN LAVRA
                                                           Attorneys for Defendants,
                                                           County of Sacramento, John McGinness,
                                                           Stephen LeCouve

1  **IT IS SO ORDERED.**

2  Dated:  July 11, 2011.

_____
UNITED STATES DISTRICT JUDGE