IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEANNA GANGSTEE,

    Plain tiff                      No. CIV S-10-1004 KJM GGH

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, who is proceeding with counsel in a civil rights action, 42 U.S.C. § 1983, has timely filed a notice of appeal from the judgment dated January 12, 2012 granting the defendants' motion for summary judgment on claims one through four of plaintiff's complaint.   She has also filed a motion to proceed in forma pauperis.

        Rule 24(a)(1) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma  pauperis on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

1         (B) claims an entitlement to redress; and

2         (C) states the issues that the party intends to present on appeal.

3 Fed. R. App. P. 24(a)(1).  Plaintiff has demonstrated her inability to pay but has not otherwise
4 complied with the rule.

5         Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in
6 forma pauperis on appeal (ECF No. 59) is denied without prejudice.

7 DATED:  February 14, 2012.

                                    UNITED STATES DISTRICT JUDGE