**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA GANGSTEE,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants.<br>_____/ | NO. 2:10-CV-01004-KJM-GGH<br><br>**PLAINTIFF'S REQUEST AND ORDER TO PREPARE TRANSCRIPT** |

     Plaintiff Deanna Gangstee hereby moves the court for court reporter Cathie Bodene to prepare the transcript of the hearing on the parties' cross motions for summary judgment before Judge Kimberly J. Mueller on October 5, 2011 (ECF Document Number 48 (Text Only)). Plaintiff's motion is based on the grounds that the court granted Plaintiff's motion to proceed in forma pauperis on appeal (ECF Document Number 64) and that Plaintiff needs the transcript for the appeal.

Dated: March 12, 2012                                  /s/ Stewart Katz
                                                                   STEWART KATZ,
                                                                   Attorney for Plaintiff

//

//

//

1
2
3
4

      The court certifies that the appeal is not frivolous and presents a substantial question and so finds that the costs of the transcript preparation should be borne by the United States.  18 U.S.C. § 753(f).

5 **IT IS SO ORDERED.**

6 Dated:  March 20, 2012.

7
8                               UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28